**MAVINKURVE & PATEL, LLC**
44 Lincoln Hwy. (Rt. 27), Suite D
Edison, New Jersey 08820
P: (908) 222-7966
F: (908) 222-7967
mitesh@mplegal.net
*Attorneys for Defendant, Mayank Patel*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AF Holdings, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MAYANK PATEL,<br><br>Defendant. | Civil Action No.: 2:12-cv-06210-CCC-JAD<br><br>**STIPULATION OF CONSENT EXTENDING TIME FOR DEFENDANT, MAYANK PATEL TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT** |

Plaintiff, AF HOLDINGS, LLC., by and through its counsel of record, Daniel G. Ruggiero, Esq., P.O. Box 291, Canton, Massachusetts 02021, (339) 237-0343, and Defendant, MAYANK PATEL, by and through his counsel of record, Mavinkurve & Patel, L.L.C., 44 Lincoln Highway, (Rt. 27), Suite D, Edison, New Jersey 08820, hereby agree as follows:

**THAT**, Plaintiff consents to Defendant's request for an extension to file an Answer to Plaintiff's Complaint to **March 15, 2013**.

**DANIEL G. RUGGIERO, ESQ.**

*Attorneys for Plaintiff, AF Holdings, L.L.C.*

By: /s/ Daniel G. Ruggiero
    Daniel G. Ruggiero, Esq.

**MAVINKURVE & PATEL, L.L.C.**

*Attorneys for Defendant, Mayank Patel*

By: /s/ Mitesh M. Patel
    Mitesh M. Patel, Esq.

**SO ORDERED**

s/Joseph A. Dickson
Joseph A. Dickson, U.S.M.J.

Date: 3/7/13