**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

CHAMBERS OF
**CLAIRE C. CECCHI**
UNITED STATES DISTRICT JUDGE

Martin Luther King Jr., Federal Bldg.
& U.S. Courthouse
50 Walnut Street, Room 2064
Newark, New Jersey 07102
(973) 645-6664



# LETTER-ORDER ORIGINAL FILED WITH THE CLERK OF COURT

March 25, 2013

Daniel Goldsmith Ruggiero, Esq.
P.O. Box 291
Canton, MA 02021

      Re:    AF Holdings, LLC. V. Mayank Patel
               Civil Action No: 12-cv-6210 (CCC)

Dear Mr. Ruggiero:

You are hereby directed to move this civil action, by requesting that a default and default judgment be entered or submitting an extension to answer out of time, within ten (10) days from the date hereof. **Should you fail to do so, this action shall be listed for dismissal on April 5, 2013.**

**SO ORDERED.**

                                           *s/ Claire C. Cecchi*
                                      **HON. CLAIRE C. CECCHI**
                                      United States District Judge

cc:  Hon. Joseph A. Dickson, U.S.M.J.