UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AF Holdings, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MAYANK PATEL,<br><br>Defendant. | Civil Action No.: 2:12-cv-06210-CCC-JAD<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

Plaintiff, AF HOLDINGS, L.L.C., by and through its undersigned counsel, Daniel Ruggiero, Esq., and Defendant, MAYANK PATEL, by and through his undersigned counsel, Mavinkurve & Patel, L.L.C., having amicably discussed the above-captioned matter currently pending in the United States District Court, District of New Jersey, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of the action **WITH PREJUDICE**, as follows:

**IT IS HEREBY STIPULATED AND AGREED** between the parties that:

1. Plaintiff, AF Holdings, L.L.C., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby dismisses **WITH PREJUDICE** all causes of action contained in the Complaint filed against Defendant, Mayank Patel on October 3, 2012, and any and all causes of action which may stem from said Complaint;

2. Dismissal of this action **WITH PREJUDICE** is appropriate without a court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) when signed by all parties who have appeared; and

3. All parties in this action will bear their own costs and fees.

Respectfully submitted,

/s/ Daniel Ruggiero
Daniel Ruggiero, Esq.
*Attorney for Plaintiff, AF Holdings, LLC*
P.O. Box 291
Canton, Massachusetts, 02021
P: (339) 237-0343

/s/ Mitesh M. Patel
Mitesh M. Patel, Esq.
*Attorneys for Defendant, Mayank Patel*
**Mavinkurve & Patel, L.L.C.**
44 Lincoln Highway (Rt. 27), Suite D
Edison, New Jersey  08820
P: (908) 222-7966

Dated: April 18, 2013

Dated: April 18, 2013

SO ORDERED

*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date: April 29, 2013